JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Frank J Bates, an Individual; Dena Bates, an Individual; and Does 1-10,<br><br>　　　　Defendants. | Case No.: 2:20-cv-05746-SVW-AFM<br><br>*Hon. Stephen V. Wilson*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 26, 2020<br>Trial Date:　Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's ("Plaintiff") action against Defendants Frank J Bates, and Dena Bates ("Defendants") is dismissed with prejudice. Each party will be responsible for their own fees and costs.

Dated: August 20, 2020

_____
Hon. Stephen V. Wilson.
United States District Judge
Central District of California